| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Larry D. Compton, Trustee | COURT CASE NUMBER<br>A99-0372 CV (JKS) |
| DEFENDANT<br>Rodney J. Marcantel | TYPE OF PROCESS<br>Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Dept. of revenue, PFD Division, Claims unit

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
616 E Street, Anchorage, AK 99501

MAR 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Cabot Christianson, Esq.
Christianson & Spraker
911 W. 8th Avenue, #302
Anchorage, AK 99501

| Number of process to be served with this Form-285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Rodney J. Marcantel

Please hold original Writ of Execution pending further service instructions.

Please serve Writ of Execution to attach and seize judgment debtor's intereest in the Alaska Permanent Fund to be paid in 2005, by the SOA, Dept of Revenue.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>907/258-6016 | DATE<br>8/29/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk | Date<br>8-30-05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
LINDA NORRIS

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9-1-05    Time: 13:25 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | .81 | | $45.81 | | |

REMARKS: Returned No funds



ORIGINAL

JUN 0 9 2003

Michelle L. Boutin, Esq.
CHRISTIANSON, BOUTIN & SPRAKER
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
(907) 258-6016
Attorneys for Larry Compton, Trustee

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY D. COMPTON, TRUSTEE, | ) |
| Plaintiff, | ) |
| v. | ) |
| RODNEY J. MARCANTEL | ) Case No. A99-0372 CV (JKS) |
| Defendant. | ) |

## WRIT OF EXECUTION
## [RODNEY J. MARCANTEL]

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On July 24, 2001, a Final Judgment against Rodney J. Marcantel, in the amount of $25,521.80, was entered in the above-entitled court and action, in favor of Larry Compton, Trustee, as judgment creditor, and against Rodney J. Marcantel as judgment debtor.

---

**Name and Address of Judgment Creditor**

Larry Compton, Trustee
c/o Michelle L. Boutin, Esq.
BUNDY & CHRISTIANSON
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 258-6016
Attorneys for Larry Compton, Trustee

---

PAGE 1:     WRIT OF EXECUTION
            H:\2096M\ma\MARCANTE.556\writofexecution.003.wpd

vs.

> Name and Address of Judgment Debtor
>
> Rodney J. Marcantel

**Amount of Final Judgment:**
$25,521.80

**Clerk's Fees:**
$_____

**Interest:**
$1,772.46
Computed at the rate of 3.700% per annum from July 19, 2001, to June 6, 2003 (687 days times $2.58 per diem equals $699.18).

**Credit:**
Credit will be given for partial satisfaction in the total amount of: $1,283.36, funds seized and now in the Court's registry. A motion for release of the funds is pending.

**Actually Due:**
The sum of **$27,294.26** is ACTUALLY DUE on this date and remaining due, and bearing interest at the rate of 3.700% in the amount of $2.58 per day from this date.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

PAGE 2:   WRIT OF EXECUTION
          H:\2096M\ma\MARCANTE.556\writofexecution.003.wpd

LAW OFFICE OF
CHRISTIANSON, BOUTIN & SPRAKER
AN ASSOCIATION OF PROFESSIONAL CORPORATION
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE (907) 258-6016 • FAX (907) 258-2026

HEREIN FAIL NOT, and have you then and there this writ:

Michael D. Hall
Clerk of the U.S. District Court

__June 10, 2003__    By: _/s/ Sharon M. Archer_
Date                        Deputy Clerk

---

**UNITED STATES MARSHAL'S RETURN**

I received this writ on _____, and executed
                              Date
the same on _____.
                  Date

_____
United States Marshal

_____    By:_____
                                Deputy Marshal

---

LAW OFFICE OF
CHRISTIANSON, BOUTIN & SPRAKER
AN ASSOCIATION OF PROFESSIONAL CORPORATION
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE (907) 258-6016 • FAX (907) 258-2026

PAGE 3:     WRIT OF EXECUTION
            H:\2096M\ma\MARCANTE.556\writofexecution.003.wpd