

RECEIVED
APR 2 5 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
(907) 258-6016
Attorneys for Trustee

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY D. COMPTON, TRUSTEE,        )<br>                                                        )<br>                        Plaintiff,        )<br>       v.                                           )<br>                                                        )<br>RODNEY J. MARCANTEL            )<br>                                                        )<br>                        Defendant.      )<br>_____) | Case No. A99-0372 CV (JKS) |

### SATISFACTION OF JUDGMENT

Notice is hereby given that the *Final Judgment* entered in this case and recorded August 3, 2001 in Book 127 Page 315 is hereby satisfied.

Dated April 25, 2007.

                                         CHRISTIANSON & SPRAKER
                                         Attorneys for Larry Compton, Trustee

                                         By: _____/s/ Cabot Christianson_____
                                                 Cabot Christianson

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 201 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of April 2007, the foregoing document was served on:

Larry Compton, Trustee, 400 D Street, #210, Anch., AK 99501

Rodney Marcantel
306 Slater Drive
Fairbanks, AK 99701

via electronic means through the ECF system or by regular, first class mail as noted above.

By: /s/ Margaret Stroble
 Margaret Stroble

*When recorded return to:*
Rodney Marcantel
306 Slater Drive
Fairbanks, AK 99701

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 201 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

Page 2 Satisfaction of Judgment
 H:\2096M\ma\MARCANTE.556\satisfaction of jj.wpd