Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
(907) 258-6016
Attorneys for Trustee

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY D. COMPTON, TRUSTEE,<br><br>                    Plaintiff,<br>v.<br><br>RODNEY J. MARCANTEL<br><br>                    Defendant. | Case No. A99-0372 CV (JKS) |

### AMENDED   SATISFACTION OF JUDGMENT

Notice is hereby given that the *Final Judgment* entered in this case and recorded in the Fourth Judicial District of Alaska on August 3, 2001, in Book 1275, Page 315, is hereby satisfied.

Dated August 14, 2007.

          CHRISTIANSON & SPRAKER
          Attorneys for Larry Compton, Trustee

          By: /s/ Cabot Christianson
          Cabot Christianson

Page 1     Satisfaction of Judgment
                 H:\2096M\ma\MARCANTE.556\satisfaction of jj.w correct book and page no.wpd

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 201 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the 17th day of August 2007, the foregoing document was served on:

Larry Compton, Trustee

Rodney Marcantel
306 Slater Drive
Fairbanks, AK 99701

via electronic means through the ECF system or by regular, first class mail as noted above.

By: ___/s/ Margaret Stroble_____
     Margaret Stroble

FAIRBANKS RECORDING DISTRICT

*When recorded return to:*
Rodney Marcantel
306 Slater Drive
Fairbanks, AK 99701

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 201 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

Page 2     Satisfaction of Judgment
           H:\2096M\ma\MARCANTE.556\satisfaction of jj.w correct book and page no.wpd